UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-09027-FWS (AGRx) | Date | May 6, 2022 |
|---|---|---|---|
| Title | Jacqueline Dunnett v. Delta Air Lines, Inc. et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                        None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT REPORT OF ADR COMPLETION**

The Court, having been notified by a Joint Report of ADR Completion [24] that the case settled, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for ninety (90) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

_____ : _____

Initials of Deputy Clerk   mku

cc: